UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE SHEET
METAL WORKERS LOCAL 7
ZONE 3 HEALTH FUND, *et al.*,

    Plaintiffs,

v.

Case No. 17-cv-12573

Paul D. Borman
United States District Judge

TRAVERSE BAY ROOFING CO.,

Elizabeth A. Stafford
United States Magistrate Judge

    Defendant.
_____/

## ORDER: (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [ECF No. 19]; (2) GRANTING PLAINTIFFS' AMENDED MOTION TO AWARD ATTORNEY'S FEES [ECF No. 16]; and (3) AWARDING ATTORNEYS' FEES TO PLAINTIFFS' COUNSEL

On March 18, 2019, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation [ECF No. 19] to grant Plaintiff's Amended Motion to Award Attorney's Fees [ECF No. 16]. Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court finds that the hours billed by Plaintiffs' counsel were reasonable, ADOPTS the Report and Recommendation, and GRANTS Plaintiffs' Amended Motion to Award Attorney's Fees, and AWARDS Plaintiffs' Counsel attorneys' fees in the amount of $7,066.00.

IT IS SO ORDERED.

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: April 3, 2019